UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX GIOVANNY RIVAS REYES,

                    Petitioner,

    -against-

MARKWAYNE MULLIN, in his official capacity
as Secretary, U.S. Department of Homeland
Security; KENNETH GENALO, in his official
capacity as Acting Field Office Director, New York
City Field Office, U.S. Immigration & Customs
Enforcement; TODD BLANCHE, in his official
capacity as Acting Attorney General, U.S.
Department of Justice; PAUL ARTETA, in his
official capacity as Sheriff, Orange County, New
York,

                    Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   5/24/2026 |

26 Civ. 4334 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

    SO ORDERED.

Dated: May 24, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge