**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEX GEOVANNY RIVAS REYES,

                          Petitioner,                   26 **CIVIL** 4334 (PAE)

        -against-                             **JUDGMENT**

MARKWAYNE MULLIN et al.,

                          Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 12, 2026, the Court grants Rivas Reyes's petition for a writ of habeas corpus, insofar as the Petition seeks a bond hearing, but denies the Petition, insofar as it seeks immediate release.

**DATED:**  New York, New York
          June 12, 2026

                                     **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

                  **BY:**   _____
                                   **Deputy Clerk**