**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEX GEOVANNY RIVAS REYES,

*Petitioner,*

v.

MARKWAYNE MULLIN, *et al.*;

*Respondents.*

Civil Action No. 26-4334 (PAE)

### NOTICE OF MOTION TO ENFORCE THE COURT'S ORDER
### GRANTING IN PART PETITION FOR A WRIT OF HABEAS CORPUS

PLEASE TAKE NOTICE that, as further described in Petitioner's Memorandum of Law in Support of his Motion to Enforce the Court's Granting in Part his Petition for a Writ of Habeas Corpus, and all exhibits thereto, Petitioner, Alex Giovanny Rivas Reyes, hereby moves this Court to enforce its prior order granting his Petition for a Writ of Habeas Corpus in part and to order Respondents to immediately release him due to their failure to comply with the terms of this Court's order.

Respectfully submitted,

Dated: June 29, 2026

/s/ Jessica Coffrin-St. Julien
Jessica Coffrin-St. Julien
Aurora Maoz
Nhu-Y Ngo
The Bronx Defenders
360 East 161st Street
Bronx, New York 10451
Tel. 646-780-9930
jcoffrin@bronxdefenders.org
*Counsel for Petitioner*

The Government's opposition is due July 8, 2026.
Petitioner's reply, if any, is due July 13, 2026.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date: June 30, 2026
New York, New York